The People of the State of New York ex rel. The Bronx Gas and Electric Company, Respondent, v. Edward P. Barker et al., as Commissioners of Taxes and Assessments of the City and County of New York, Appellants.

Appeal to Court of Appeals — Final Order. An order of the Appellate Division which not only reverses an order of the Special Term quashing a writ of certiorari to review an assessment, but also reinstates the writ and remits the proceedings to the Special Term for its determination upon the merits, is not an order finally determining a special proceeding, and, hence, is not appealable as of right to the Court of Appeals. (Code Civ. Pro. § 190.)

*People ex rel. Bronx Gas Co.* v. *Barker*, 22 App. Div. 161, appeal dismissed.

(Argued March 1, 1898; decided March 8, 1898.)

1898.]   Peo. ex rel. Bronx Gas & El. Co. v. Barker.   309

N. Y. Rep.]      Opinion of the Court, per Haight, J.

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1897, reversing an order quashing a writ of certiorari to review an assessment.

The facts, so far as material, are stated in the opinion.

*James M. Ward* for appellants.

*Alfred B. Cruikshank* for respondent. The order of the Appellate Division is not appealable. (*H. F. Ins. Co.* v. *Tomlinson*, 58 N. Y. 215; Code Civ. Pro. § 190.)

Haight, J. The order appealed from not only reversed the order of the Special Term quashing the writ of certiorari, but reinstated the writ and remitted the proceedings to the Special Term for its determination upon the merits. Such determination may be in favor of the appellants.

The order appealed from is not an order finally determining a special proceeding, and, consequently, it is not appealable to this court. (Code C. P. § 190.)

The appeal should be dismissed, with costs.

All concur, except Gray, J., absent.

Appeal dismissed.